| PROB 22 RECEIVED (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 1:04CR00515-001 |

**OCT ? ? 2005**

**TRANSFER OF JURISDICTION**

JAMES BONINI, CLERK

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 2:05cr207    JDH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| ACHEAMPONG, Robert K.<br>3145 Shasta Dr.<br>Columbus, OH 43231 | NORTHERN DISTRICT OF OHIO | Eastern |

| | NAME OF SENTENCING JUDGE | | |
|---|---|---|---|
| | David D. Dowd, **Jr.** | | |
| | DATES OF PROBATION/SUPERVISED RELEASE. | FROM<br>01/27/2005 | TO<br>01/26/2008 |

**OFFENSE**

18 U.S.C. 641- Public Money, Property or Records

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF OHIO</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Ohio upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| _8/31/05_ | _(signature)_ |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  <u>SOUTHEN DISTRICT OF OHIO</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| _10-19-05_ | _(signature)_ |
|---|---|
| *Effective Date* | *United States District Judge* |