# United States District Court

### for

### District of Southern Ohio

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Robert Acheampong**     Case Number: **CR-2-05-207**

Name of Sentencing Judicial Officer: **The Honorable David D. Dowd, Jr., U.S. District Court Judge for the Northern District of Ohio in Akron originally sentenced the defendant.**

**On June 19, 2002, jurisdiction was transferred to the Honorable John D. Holschuh, United States District Court Judge**

Date of Original Sentence: **January 27, 2005**

Original Offense: **Theft of Public Money, Property, or Records 18 USC §641, a Class C felony.**

Original Sentence: **3 years probation. The Court ordered Mr. Acheampong to pay $18,675.00 in restitution. The Court also ordered a special condition which required him to complete four (4) months of home confinement with electronic monitoring. Additionally, the Court ordered him to provide the U.S. Probation with access to finances and to not incur new credit charges or open additional lines of credit without the approval of the probation officer.**

Type of Supervision: **Probation**     Date Supervision Commenced: **January 27, 2005**

## PETITIONING THE COURT

[X]    To extend the term of supervision for  years, for a total term of  years.

[X]    To modify the conditions of supervision as follows:

1)    **The defendant's term of probation shall be extended for an additional two (2) years, for a total term of five (5) years.**

2)    **The defendant shall submit monthly payments of no less than $1000.00 per month toward his restitution.**

## CAUSE

Mr. Acheampong's term of probation is scheduled to terminate on January 26, 2008. The Court ordered Mr. Acheampong to pay restitution in the amount of $18,675.00, at a rate of not less than 10% of gross monthly income. To date, Mr. Acheampong has paid $3,860.00 towards his restitution for a remaining balance of $13,815.00. On January 16, 2008, Mr. Acheampong signed a waiver to have his probation extended an additional two years for a total term of five years probation. He also agreed in the waiver to pay $1000.00 per month towards his restitution. Additionally, on that same day, Mr. Acheampong signed a consent agreement to pay $1000.00 per month towards his restitution.

Mr. Acheampong is self employed with two businesses. The first business is called the Center for Economic Development in which he brokers commercial loans to businesses. The other business is called GIG Logistics which is a trucking business. During Mr. Acheampong's term of supervision, he also operated a child care agency which resulted in a financial loss in selling the business. He also experienced another financial loss while attempting to open a different childcare agency. Consequently, he was not consistent in submitting monthly payments toward his restitution.

However, Mr. Acheampong believes that his business prospects will be better. He believes that he will be able to be more consistent in submitting payments of at least $1000.00 per month towards his restitution. Additionally, this officer conducted a record check and confirmed that the offender has incurred no criminal charges while on supervision.

Mr. Acheampong's term of probation is scheduled to terminate on January 26, 2008. If the Court approves the two year extension of Mr. Acheampong's probation, his termination date will be January 26, 2010. Should Mr. Acheampong pay his restitution in full prior to January 26, 2010, the U.S. Probation office will petition the Court for an early termination from supervision.

For the Court's review, this officer has attached the waiver that Mr. Acheampong signed to have his probation extended for two (2) additional years and to pay $1000.00 per month toward his restitution.

Respectfully submitted,                                    Approved,

by   *Charles R. Mosher (signature)*          by   *(signature)*

**Charles R. Mosher**                                  **Robert E. Cronin**
U. S. Probation Officer                                  Supervising U. S. Probation Officer
Date:   **January 14, 2008**                         Date:   **January 14, 2008**

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

*John D. Holsclaw (signature)*
Signature of Judicial Officer

*January 24, 2008*
Date

PROB 49
(3/89)

# United States District Court

## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and I understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

I agree to have my conditions of supervision modified in the following manner:

1) **The defendant's term of probation shall be extended for an additional two (2) years, for a total term of five (5) years probation.**

2) **The defendant shall submit monthly payments of no less than $1000.00 per month toward his restitution.**

Witness: _Charles R. Mosher_    Signed: _____
Charles R. Mosher                        Probationer or Supervised Releasee
U.S. Probation Officer

January 16, 2008
Date