PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Robert K Acheampong**　　　　　　　　Case Number: **2:05CR00207**

Name of Sentencing Judicial Officer:　　　　　**The Honorable David D. Dowd, Jr.,
U.S. District Court Judge
Northern District of Ohio**

　　　　　　　　　　　　　　　　　　　　　**On June 19, 2002, jurisdiction was transferred to the
Honorable John D. Holschuh,
United States District Court Judge
Southern District of Ohio**

Date of Original Sentence:　　　　　　　　　**January 27, 2005**

Original Offense:　　　　　　　　　**Public Money, Property or Records, a Class C felony,
in violation of Title 18 U.S.C. 641.**

Original Sentence:　　　　　　　　　**3 years probation. The Court ordered Mr. Acheampong
to pay $18, 675.00 in restitution. The Court also
ordered a special condition which required him to
complete four (4) months of home confinement with
electronic monitoring. Additionally, the Court ordered
him to provide the U.S. Probation Office with access to
finances and to not incur new credit card charges or
open additional lines of credit without the approval of
the probation officer.**

　　　　　　　　　　　　　　　　　　　　　**On January 24, 2008, the offender's probation was
modified and his term of supervision was extended for
a period of two years.**

Type of Supervision: **Probation**　　　　　　Date Supervision Commenced: **January 27, 2005**

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| <u>Violation Number</u> | <u>Nature of Noncompliance</u> |
| --- | --- |
| #1 | **Mandatory Condition: "The defendant shall not commit another Federal, state, or local crime..."** |

On November 21, 2008, Mr. Acheampong was indicted by the Cuyahoga County Court of Common Pleas on two counts of Non-Support of Dependants, on case no. Cr-08-517976-A. A pre-trial court date is set for January 12, 2008.

On December 29, 2008, this officer spoke to Cuyahoga County Prosecutor, Donna Thomas, who stated that Mr. Acheampong current delinquent payments total over $25,000, and that his current monthly child support payments are $711.80.

**U.S. Probation Officer Action:** It is the supervising probation officer's recommendation that the status of the offender's new criminal charges be monitored until disposition of the case. If the offender is convicted of the nabove charges, the Court will be notified and appropriate recommendations will be submitted.

Respectfully submitted by,                    Approved by,

**Vanessa S. Fletcher**                        **Robert A. Taylor Sr.**

U. S. Probation Officer                        Supervising U. S. Probation Officer

Date:      **January 6, 2009**                 Date:      **January 6, 2009**

[X]    I concur with the recommendation of the Probation Officer
[ ]    Submit a Request for Modifying the Condition or Term of Supervision
[ ]    Submit a Request for Warrant or Summons

Signature of Judicial Officer

_1-9-09_
Date