PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Robert K. Acheampong**        Case Number: **2:05CR00207**

| | |
|---|---|
| Name of Sentencing Judicial Officer: | **The Honorable David D. Dowd, Jr.,** **U.S. District Court Judge** **Northern District of Ohio** |
| | **On October 19, 2005 jurisdiction was transferred to the Honorable John D. Holsehuh, United States District Court Judge Southern District of Ohio** |
| Date of Original Sentence: | **January 27, 2005** |
| Original Offense: | *Public Money, Property or Records*, in violation of Title 18 U.S.C. 641, a Class C felony, |
| Original Sentence: | Three (3) years probation. The following special conditions were imposed: The defendant shall provide the probation officer with access to any requested financial information. Additionally, the Court ordered him to provide the U.S. Probation Offiee with access to finances and to not incur new credit card charges or open additional lines of credit without the approval of the probation officer. The Court also ordered a special condition which required him to complete four (4) months of home confinement with electronic monitoring. On February 3, 2005, the Court vacated the home confinement eondition, due the offender's inability to have a telephone line. The defendant shall participate in an outpatient mental health treatment program as directed by the probation officer. The defendant shall perform 100 hours of community service. The Court ordered Mr. Acheampong to pay $18,675.00 in restitution. |

**On January 24, 2008, the offender's probation was modified and his term of supervision was extended for a period of two (2) years.**

Type of Supervision: **Probation**          Date Supervision Commenced: **January 27, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| #1 | **Mandatory Condition: "You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance."** |
| #2 | **Special Condition #4: "The defendant shall pay $18,675 iu restitution."** |

On January 6, 2009, a 12A petition was sent to the Court advising of the defendant's November 21, 2008, indictment by the Cuyahoga County Court of Common Pleas on two counts of Non-Support of Dependants, on case no. CR-08-517976-A. On September 25, 2009, Acheampong pled guilty to one count of Non-Support of Dependants, a felony of the fifth degree and on October 20, 2009, Acheampong was placed on five (5) years of community control and ordered to pay restitution in the amount of $25,951.36 to be paid in the amount of $777.04 per month.

Acheampong has a history of severe financial issues. This is evident by his two criminal convictions and the numerous civil judgments against him. In addition, during his term of supervision he has had several unsuccessful business ventures.

On January 24, 2008, in order to allow the offender the opportunity to pay off his outstanding restitution order, his probation was modified and his term of supervision was extended for a period of two (2) years. The offender's current outstanding restitution balance $15,966.85 with interest and $12,827.00 without interest. To date, he has paid $4,848.00 toward the balance. Based on the offender's current financial situation, it appears highly unlikely that he will be able to pay off his balance prior to his expiration date.

PROB 12A
(12/98)

**U.S. Probation Officer Action:** It is respectfully recommended that in exchange for a sign a consent agreement, the offender's supervision be allowed to expire as scheduled. Should the Court not be in agreement with this recommendation, or should the Court need any additional information, this officer will make herself available to the Court at your convenience.

Respectfully submitted by,            Approved by,

**Vanessa S. Fletcher**                **Robert A. Taylor Sr.**
U. S. Probation Officer                Supervising U. S. Probation Officer
Date:    **January 4, 2010**           Date:    **January 4, 2010**

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

Signature of Judicial Officer

1-6-10

Date