# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

: CASE NO: 2:05-CR-207

vs.

:

Robert Acheampong

Defendant.

## NOTICE OF TERMINATION OF LIABILITY
## DUE TO EXPIRATION OF COLLECTION PERIOD

The United States of America provides notice that the collection period for the criminal monetary penalties ordered in the criminal judgment has expired, pursuant to 18 U.S.C. §§ 3613(b), (f). According to Plaintiff's records, the liability terminated on January 27, 2025. The Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel the judgment of record regarding criminal monetary penalties, with the exception of any asset forfeiture judgments which may have been imposed.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/ Joseph M McCandlish
JOSEPH M. MCCANDLISH (0073775)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614)469-5715
Fax: (614)469-5240
Email: Joseph.McCandlish@usdoj.gov

**CERTIFICATE OF SERVICE**

A true copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant by first class mail, postage prepaid, this 16th day of December 2024:

Robert Acheampong
3189 Montclair Ave
Lewis Center, OH  43035

s/ Joseph M McCandlish
JOSEPH M. MCCANDLISH (0073775)
Assistant United States Attorney